PROB 12B
(7/93)

Report Date: October 15, 2007

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 2 2 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tanjudeen Kolawole Manliki        Case Number: 2:04CR00029-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 07/22/2004        Type of Supervision:  Supervised Release

Original Offense: Bank Fraud (Counts 1 and 2), 18 U.S.C. §§ 1344 and 2        Date Supervision Commenced: 12/10/2004

Original Sentence: Prison - 16 Months; TSR - 60 Months        Date Supervision Expires: 12/10/2009

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

14  You shall participate in outpatient substance abuse treatment and submit to drug and alcohol testing, as instructed by the probation officer. You shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision.

15  You shall submit to one drug test within 15 days of release from imprisonment and at least two thereafter, not to exceed four tests per month, as directed by the probation officer.

16  If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least $25 shall be made during the period of supervised release.

17  You shall provide the probation officer with access to any financial information, including authorization to conduct credit checks.

18  You shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer.

19  You shall not obtain or possess any driver's license, social security number, birth certificate, passport, or any other form of identification in any other name than defendant's true and legal name with out the permission of the probation officer.

Prob 12B
Re: Manliki, Tanjudeen Kolawole
October 15, 2007
Page 2

## CAUSE

The above-referenced individual commenced supervision in the Central District of California on August 6, 2007. As noted in the attached letter from the supervising officer, there appears to be good cause at this time to modify the conditions of supervision as indicated above and as agreed to by the offender. For Your Honor's review, attached is documentation provided by the Central District of California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/07

Richard B. Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

10/22/07
Date

PROB 49
(3/89)

# United States District Court

<u>       Eastern       </u> **District** <u>    of Washington    </u>

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Tajudeen Kolawole Manliki, as special conditions of supervision: (1) Shall participate in out-patient substance abuse treatment and submit to drug and alcohol testing, as instructed by the Probation Officer. He shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision; (2) The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two thereafter, not to exceed four (4) tests per month, as directed by the probation officer; (3) If any amount of the restitution remains unpaid after release from custody, nominal monthly payments of at least $25 shall be made during the period of supervised release; (4) The defendant shall provide the Probation Officer with access to any financial information, including authorization to conduct credit checks. (5) The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the Probation Officer. (6) The defendant shall not obtain or possess any driver's license, social security number, birth certificate, passport, or any other form of identification in any other name than defendant's true and legal name without the permission of the Probation Officer.**

Witness _____[signature]_____     Signed _____[signature]_____
         U.S. Probation Officer              Probationer or Supervised Releasee

                                    _____8/13/07_____
                                           Date